UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-678-MWF(AGRx)**                                Dated: **September 17, 2021**

Title:     Orlando Garcia -v- Flora Bral, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Defaults By Clerk [22][23] entered on April 28, 2021, the Court sets a hearing for Order To Show Cause Re Default Judgment as to Luis Avila and Aurora Flores for October 18, 2021 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

MINUTES FORM 90                                                          Initials of Deputy Clerk ___rs___
CIVIL - GEN

-1-