UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-678-MWF(AGRx)**                              Dated: **December 1, 2021**

Title:       Orlando Garcia -v- Flora Bral, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

     In light of the Notice of Withdrawal of Motion for Default Judgment [58] entered on November 30, 2021, the Court VACATES the hearing on the Application [56] set for January 10, 2022.

     The Court sets a hearing on Order To Show Cause Re Dismissal for January 10, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

MINUTES FORM 90                                                   Initials of Deputy Clerk   rs
CIVIL - GEN